UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1243

DONNA M. BRIGGS,

Plaintiff - Appellant,

versus

CITY OF NORFOLK, a municipal corporation,
organized under the laws of the Commonwealth
of Virginia; ALAN BOSTJANCIC, individually,
and officially as a police officer for the
city of Norfolk; MARK RAILLING, individually,
and officially as a police officer for the
city of Norfolk,

Defendants - Appellees,

and

PAUL D. FRAIM, individually, and officially in
his capacity as mayor of Norfolk; MELVIN HIGH,
individually, and officially as the chief of
police for the city of Norfolk; JAMES
BROWNLIE, individually, and officially as a
lieutenant on the Norfolk police force; R. K.
ABBOTT, in his individual capacity; THOMAS
BALDWIN, in his individual capacity; JAMES B.
OLIVER, individually, and as the city manager
of the City of Norfolk; JAYWARD HANNA,
individually, and officially as lieutenant of
the Norfolk police force; THOMAS SPRINGER,
individually, and officially as a police offi-
cer for the City of Norfolk; KAMALA HALLGREN
LANNETTI, individually, and officially as the
former assistant attorney for the city of
Norfolk; HAROLD P. JUREN, individually, and
officially as the assistant city attorney for
the city of Norfolk; LEONARD MERRITT, indi-
vidually; TWO UNNAMED POLICE OFFICERS OF THE

NORFOLK POLICE DEPARTMENT, in their individual capacities; JAMES PRENTICE, individually, and officially as a police officer for the City of Norfolk; JOHN B. GOODMAN, individually and in his official capacity as a magistrate for the Commonwealth of Virginia; CAPTAIN CROWDER, in his individual capacity,

Defendants,

FEDERAL BUREAU OF INVESTIGATION,

Party in Interest,

CITY OF VIRGINIA BEACH; EVERETTE MARTIN, Judge of the Circuit Court for the City of Norfolk; PATRICK NORSK; BETTY BLACK; CHARLES CLOUD; MASON ANDREWS; DEBBIE MILLER; EUGENE REAGAN; MARVIN D. MILLER; CLIENTS AND PROSPECTIVE CLIENTS OF THE LAW OFFICES OF MARVIN D. MILLER; LAW OFFICES OF MARVIN D. MILLER; CLIENTS AND PROSPECTIVE CLIENTS OF THE JOYNES & GAIDIES LAW GROUP, PC; LOUIS N. JOYNES, II; JOYNES & GAIDIES LAW GROUP, PC; DALE GAUDING,

Movants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-98-288-2, CA-99-83-2)

---

Submitted: July 31, 2001          Decided: August 17, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donna Marie Briggs, Appellant Pro Se. Alan Brody Rashkind, James Arthur Cales, III, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donna M. Briggs appeals from the district court's order declining to hold Briggs in contempt of court for an alleged violation of a protective order and refusing to award sanctions in Briggs' favor. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Briggs v. City of Norfolk, Nos. CA-98-288-2; CA-99-83-2 (E.D. Va. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3